SAM DAVIS, Appellant, v. FRANK W. SMITH, Respondent.

(Submitted March 30, 1925; decided April 7, 1925.)

Motion to amend remittitur denied, with ten dollars costs and necessary printing disbursements. (See 240 N. Y. 567.)

---

In the Matter of the Application of DAVID HIRSHFIELD, as Commissioner of Accounts of the City of New York, Respondent, for a Warrant of Attachment against AUGUSTUS J. RINN, Appellant.

(Submitted March 30, 1925; decided April 7, 1925.)

Motion to amend remittitur denied, with ten dollars costs and necessary printing disbursements. (See 239 N. Y. 98.)

---

In the Matter of Acquiring Title by the CITY OF NEW YORK, Respondent, to Lands on the Northerly Side of West Two Hundred and Fifth Street in the Borough of Manhattan.

NORTHERN TERMINAL CORPORATION OF NEW YORK, Appellant.

(Submitted March 30, 1925; decided April 7, 1925.)

Motion to amend remittitur denied, with ten dollars costs and necessary printing disbursements. (See 240 N. Y. 68.)